[Nos. 33725-8-II; 34015-1-II;  Division Two.  July 3, 2007.]
34388-6-II; 34805-5-II.

*In the Matter of the Marriage of* COLLEEN M. EDWARDS, *Appellant*, and DENNIS M. EDWARDS, *Respondent*.

COLLEEN MULVIHILL EDWARDS, *Appellant*, v.
DENNIS MICHAEL EDWARDS ET AL.,
*Respondents*.

Appeals from a judgment of the Superior Court for Kitsap County, No. 99-3-00758-7, Jay B. Roof and M. Karlynn Haberly, JJ., entered July 15, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Van Deren and Penoyar, JJ.

[No. 34351-7-II.  Division Two.  July 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY KENNETH STILLWAGON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-01351-4, Anna M. Laurie, J., entered January 20, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 34406-8-II.  Division Two.  July 3, 2007.]

MARK EDER, *Appellant*, v. ASC PROFILES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-2-01025-3, M. Karlynn Haberly, J., entered January 18, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Quinn-Brintnall, J.